FILED
June 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. 2:07-mj-192 KJM |
| Plaintiff,   ) | |
| v.   ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Larry Beverly,   ) | |
| ) | |
| Defendant.   ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Larry Beverly</u> Case <u>2:07-mj-192 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000 cosigned by defendant's mother, father and sister, *with mother's signature to be obtained by close of business on 6/18/07*

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    X    (Other) <u>PTS conditions/supervision; 3rd party custody to defendnat's sister</u>

Issued at <u>Sacramento, CA</u> on <u>6/15/07</u>   at  4:12 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge